UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                   :

ALIYAH MASTEY-CHAVEZ,                 :
                                   :       **<u>ORDER CLOSING THE CASE</u>**
                      Plaintiff,    :

    -against-                     :       18 Civ. 8782 (AKH)
                                     :

DSQUARED2 INC. et al,              :
                                     :
                                     :
                      Defendants.   :
                                     :
                                     :
                                     :
                                     :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Plaintiff was ordered and failed to show cause, by written submission filed no later than

September 24, 2021, why this case should not be dismissed for failure to prosecute. *See* Fed. R.

Civ. P. 41(b). This case is dismissed. The Clerk shall mark the case closed.

        SO ORDERED.

Dated:     October 7, 2021                      /s/ Alvin K. Hellerstein
             New York, New York            ALVIN K. HELLERSTEIN
                                         United States District Judge